JUSTICE TODD,
Concurring
I agree with the majority that, under 75 Pa.C.S. § 1547, Myers had an unequivocal statutory right to refuse blood testing. Furthermore, I agree that statutory right was violated in the instant case. Finally, and as a result, I agree that suppression was warranted. See Commonwealth v. Eisenhart, 531 Pa. 103, 611 A.2d 681, 683 (1992) (“blood test results acquired in contravention of [Section 1547] must be suppressed”). In my view, the statutory analysis suffices to resolve the issue before us, and so I would not address the constitutional dimensions. Accordingly, I join Parts I, II.A, II.B, and II.D of the Majority Opinion, and its mandate, but do not join the remainder.